IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CV346 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF REFERRAL |
| JEFF C. STORY and | ) | |
| SOUTHEAST NEBRASKA | ) | |
| AFFORDABLE HOUSING COUNCIL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this Court on the Suggestion of Bankruptcy (Filing No. 24) filed by the Defendant Jeff C. Story. Pursuant to NEGenR. 1.5(a)(1),

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska; and

2. The Clerk shall take all necessary steps to transfer the court file to the Clerk of the Bankruptcy Court.

DATED this 17th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge